**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **LUCA PARRILLO** | : | |
| | : | |
| Plaintiff | : | Case No. 2:23-CV-636 |
| | : | |
| v. | : | |
| | : | |
| **C. GEYER CONSTRUCTION LLC,** *et al.* | : | |
| | : | |
| Defendants. | : | |

**JOINT STIPULATION FOR ENTRY OF**
**CONSENT ORDER AND JUDGEMENT**

Plaintiff Luca Parrillo ("Plaintiff") and Defendant C Geyer Construction LLC ("Geyer

LLC"), C. Geyer Construction Services Inc ("Geyer Inc"), and Defendant Craig Geyer (jointly

"Defendants"), through undersigned counsel, hereby stipulate and agree that the attached Consent

Order and Judgment may be entered without further notice or hearing.

Date: <u>February 27, 2025</u>                    Respectfully submitted,

By: <u>*/s/ James E. Goodley*</u>
JAMES E. GOODLEY (315331)
RYAN P. McCARTHY (323125)
GOODLEY McCARTHY, LLC
1650 Market Street, Suite 3600
Philadelphia, PA 19103
(215) 394-0541
james@gmlaborlaw.com

*Attorneys for Plaintiff*

By: <u>*/s/ James J. Merkins*</u>
JAMES J. MERKINS (89846)
MUSI, MERKINS, DAUBENBERGER &
CLARK, LLP
21 West Third Street
Media, PA 19063
jim@mmdlawfirm.com

*Attorney for Defendants*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **LUCA PARRILLO** | : | |
| | : | |
| Plaintiff | : | Case No. 2:23-CV-636 |
| | : | |
| v. | : | |
| | : | |
| **C. GEYER CONSTRUCTION LLC,** *et al.* | : | |
| | : | |
| Defendants. | : | |

## CONSENT ORDER AND JUDGMENT

Plaintiff Luca Parrillo ("Plaintiff") and Defendant C Geyer Construction LLC ("Geyer LLC"), C. Geyer Construction Services Inc ("Geyer Inc"), and Defendant Craig Geyer ("Defendants"), having stipulated to entry of judgment in favor of Plaintiff and against Defendants as stated herein, the Court hereby enters judgment as follows.

**WHEREFORE**, this __5TH__ day March 2025, judgment is hereby entered in favor of Plaintiff and against Defendants, and it is **ORDERED** by the Court that:

1.      Judgment in total sum of $5,000.00 is entered in favor of Plaintiff and against Defendants under the terms of the Parties' settlement agreement.

2.      This Consent Order and Judgment is subject to execution in any court of competent jurisdiction, and any and all terms of this Consent Order and Judgment may be enforced by Plaintiff in any court of competent jurisdiction.

3.      This Consent Order and Judgement is enforceable by Plaintiff or his authorized agents.

The Clerk of Court is directed to CLOSE this matter for statistical purposes.


**BY THE COURT:**


Date: March 5, 2025                    By: /s/ Lynne A. Sitarski
                                            LYNNE A. SITARSKI
                                            United States Magistrate Judge